**LAMINATED WOVEN SACKS COMMITTEE, Coating Excellence International, LLC, and Polytex Fibers Corporation, Plaintiffs,**

v.

**UNITED STATES, Defendant.**

Slip Op. 16–30
Court No. 12–00301

United States Court of International Trade.

March 30, 2016

**JUDGMENT**

Judge Leo M. Gordon

Before the court is the U.S. Department of Commerce Redetermination Pursuant to

Court Remand Laminated Woven Sacks Comm. v. United States Court No. 12–00301, ECF No. 36 (*"Remand Results"*). All parties agree that the *Remand Results* comply with the court's instructions and should be sustained. Joint Status Report 1–2, ECF No. 37. Accordingly, it is hereby

**ORDERED** that the *Remand Results* are sustained.